■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. LAWRENCE HOWARD FOX, Admitted on October 21, 1991, at a Term of the Appellate Division, First Judicial

Department. [716 NYS2d 553] —Motion granted to the extent of reinstating respondent as an attorney and counselor-at-law in the State of New York, as indicated. Concur—Williams, J. P., Tom, Rubin, Saxe and Buckley, JJ. [*See*, 240 AD2d 106.]